| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ikuta, Sandra S. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>07/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals - Ninth<br>125 South Grand Avenue<br>Pasadena, California 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee #1 | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm, no control |
| 2. | | |
| 3. | | |

Ikuta, Sandra S.

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | self-employment earnings, freelance photographer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Agoura, California | M |
| 2. | Citimortgage | Mortgage on rental property, West Los Angeles, California | M |
| 3. | Union Bank | Mortgage on rental property, West Los Angeles, California | M |
| 4. | Union Bank | Mortgage on rental property, Santa Monica, California | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Direct Accounts (cash equivalent) | A | Interest | J | T | | | | | |
| 2. Bank of America | A | Dividend | J | T | | | | | |
| 3. Trust 1 | | | | | | | | | |
| 4. -Rental Property, Agoura, California | E | Rent | O | W | | | | | |
| 5. -50% interest in rental property, Venice, California | E | Rent | O | W | | | | | |
| 6. -50% interest in rental property, W. Los Angeles, California | E | Rent | N | W | | | | | |
| 7. -Investment property, Kulakai, Hawaii | | None | N | W | | | | | |
| 8. -33% interest in rental property, Santa Monica, California | | None | N | W | | | | | |
| 9. IRA#2 | C | Dividend | N | T | | | | | |
| 10. -Columbia FDS SER Tr 21st Century Fd Cl A | | | | | | | | | |
| 11. -John Hancock Classic Value Fund Class A | | | | | | | | | |
| 12. -Oppenheimer Intl Bond Fund Class A | | | | | | | | | |
| 13. -Oppenheimer Global Opportunities Fund | | | | | | | | | |
| 14. -Van Kampen Small Cap Value FD Class A | | | | | | | | | |
| 15. -Van Kampen Equity Tr Small Cap Cl A | | | | | | | | | |
| 16. -Pershing Government Account | | | | | | | | | |
| 17. Brokerage Account #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -500 Index Fund Inv | B | Dividend | K | T | | | | | |
| 19. -Small-Cap Index Fund Inv | A | Dividend | K | T | | | | | |
| 20. American Funds VCSP/College America 529A | B | Dividend | L | T | | | | | |
| 21. -Growth Fund of America | | | | | | | | | |
| 22. -The Investment Company of America | | | | | | | | | |
| 23. -Washington Mutual Investors Fund | | | | | | | | | |
| 24. -The Bond Fund of America | | | | | | | | | |
| 25. Brokerage Account #2 | | | | | | | | | |
| 26. -First Allied Securities, Inc. Money Market Account | A | Dividend | K | T | | | | | |
| 27. -Eaton Vance Tax Managed Growth Fund 1.1 Class A | | None | | | Sold | 06/19/09 | J | | |
| 28. -MFS Core Equity Fund Class A | | None | | | Sold | 06/19/09 | J | | |
| 29. -American Funds New Perspective Fund Class A | | None | | | Sold | 06/19/09 | J | | |
| 30. -Putnam Voyager Fund Class B | | None | | | Sold | 06/19/09 | J | | |
| 31. -Oppenheimer California Muni Class A Open End Fund | D | Int./Div. | L | T | Sold (part) | 06/19/09 | L | | |
| 32. -Van Kampen High Yield Muni Cl A | C | Interest | K | T | Sold (part) | 06/19/09 | K | | |
| 33. -Van Kampen Amer Franchise Fund Class A | A | Dividend | L | T | Sold (part) | 06/19/09 | L | | |
| 34. -Oppenheimer Intl Diversified FD CL A | B | Distribution | L | T | Sold (part) | 06/19/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Advisor Leveraged Co. Stock CL t | A | Dividend | K | T | Sold (part) | 06/19/09 | K | | |
| 36. -Fidelity Advisors New Insights Fd Cl T | | None | K | T | Sold (part) | 06/19/09 | K | | |
| 37. -Fidelity Advisors Small Cap Fund Class T | | None | L | T | Sold (part) | 06/19/09 | K | | |
| 38. Flexible Variable Universal Life Ins Incentive Life | A | Dividend | M | T | | | | | |
| 39. -Eq/ Common Stock Index | | | | | | | | | |
| 40. -EQ/Large Cap Value Plus | | | | | | | | | |
| 41. -Eq/Equity 500 Index | | | | | | | | | |
| 42. -EQ Mid Cap Value PLUS | | | | | | | | | |
| 43. -Eq/BlackRock Bsic Value Equity | | | | | | | | | |
| 44. -Eq/Black Rock International Value | | | | | | | | | |
| 45. -EQ/Large Cap Growth Plus | | | | | | | | | |
| 46. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 07/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI, Line 2: I have reported a value code for the entire mortgage amount, although I have only a 50% ownership interest.

Part VI, Line 3: I have reported a value code for the entire mortgage amount, although I have only a 33% ownership interest

Part VII, Lines 5 and 6: I have reported the gross value of my 50% interest.

Part VII, Line 8: I have reported the gross value of my 33% interest.

Part VII, Line 39: formerly -Eq/AllBrnstn Common Stock (name change)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544